IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDMOND OSCAR WALKER,

    Petitioner,

v.

M.C. KRAMER,

    Respondent.
_____/

No. C 07-02336 SBA (PR)

**ORDER DIRECTING PETITIONER TO FILE COMPLETED 28 U.S.C. § 2254 HABEAS PETITION FORM**

    Petitioner, a prisoner of the State of California, filed an in forma pauperis (IFP) application.

    The Court's docket reveals that Petitioner has never filed a federal habeas petition in this or any other federal district court. As such, he has no federal habeas corpus petition pending. Without an actual petition, this action cannot proceed.

    No later than **thirty (30) days** from the date of this Order, Petitioner shall file with the Court the attached 28 U.S.C. § 2254 habeas petition form, completed in full, including the state post-conviction relief he has sought and any claims he seeks to raise in federal court. Finally, he should clearly write in the correct caption and case number for this action, C 07-02336 SBA (PR).

    If Petitioner fails to file a completed § 2254 habeas petition form within the thirty-day deadline, the above-referenced motion will be denied and the case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order); see also Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

    The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

    IT IS SO ORDERED.

DATED: 9/4/07

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\HC.07\Walker2336.IFPonly.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OSCAR WALKER, | Case Number: CV07-02336 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M.C. KRAMER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edmond Oscar Walker C03817
Folsom State Prison
3B5-34
Folsom, CA 95763

Dated: September 5, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Walker2336.IFPonly.wpd