IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDMOND OSCAR WALKER,

    Petitioner,

v.

M.C. KRAMER,

    Respondent.
                                             /

No. C 07-02336 SBA (PR)

**ORDER OF DISMISSAL**

      On April 30, 2007, Petitioner, a prisoner of the State of California, filed an in forma pauperis application. The Court's docket revealed that Petitioner never filed a federal habeas petition in this or any other federal district court. As such, he has no federal habeas corpus petition pending. Because his action could not proceed without an actual petition, the Court issued an Order on September 4, 2007 directing Petitioner to file with the Court a 28 U.S.C. § 2254 habeas petition form, completed in full, within thirty days.

      More than thirty days have passed and Petitioner has not filed a completed § 2254 habeas petition form or otherwise communicated with the Court. Therefore, the instant action will be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and for failure to comply with the Court's September 4, 2007 Order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order); see also Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

      Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall enter judgment in accordance with this Order.

United States District Court
For the Northern District of California

1    IT IS SO ORDERED.

2    DATED: 12/10/07

                                               *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OSCAR WALKER, | Case Number: CV07-02336 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M.C. KRAMER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edmond Oscar Walker C03817
Folsom State Prison
3B5-34
Folsom, CA 95763

Dated: December 10, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Walker2336.dismiss.wpd3